IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD A. PARKS, | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. C1-00-494 |
| WARREN CORRECTIONAL INSTITUTION, *et al.*, | : | JUDGE BECKWITH |
| | : | MAGISTRATE JUDGE HOGAN |
| Defendants. | | |

## NOTICE OF COUNSEL'S ADDRESS CHANGE

Please take notice that Defendant's counsel, Anne E. Thomson, and co-counsel, Robert L. Griffin will have a new address beginning September 26, 2003. Defendant's counsel's new address will be 150 East Gay Street, 22nd Floor, Columbus, Ohio, 43215-3167. Copies of all pleadings, filings, correspondence, or other documents should be sent to the new address.

Respectfully submitted,

JIM PETRO
Attorney General of the State of Ohio

*/s/ Anne E. Thomson*

ANNE E. THOMSON (0059301)
Assistant Attorney General
Trial Counsel

*/s/ Robert L. Griffin*

ROBERT L. GRIFFIN (0032885)
Assistant Attorney General
Employment Law Section
140 East Town Street, 14th Floor
Columbus OH 43215-6001
(614) 644-7257 (telephone)

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2003, a copy of the foregoing Notice of Address Change was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts system.

*/s/ Anne E. Thomson*
ANNE E. THOMSON (0059301)
Assistant Attorney General