**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Richard A. Parks,
    Plaintiff

v.                                                       Case No.  C-1-00-494

Warren Correctional Institution,
et al.,
    Defendants

**NOTICE**

       Pursuant to this Court granting a new trial in the above captioned case, Final Pretrial/Settlement Conference is scheduled for January 30, 2004 at 11:00 a.m. Trial counsel and their clients shall be present at the final pretrial/settlement conference unless otherwise excused by the Court prior to the conference. The parties must have exchanged offers and demands at least forty-eight (48) hours prior to the conference and have full authority to discuss settlement at the conference.

       Trial is scheduled for Tuesday, February 17, 2004 at 1:00 p.m.

December 11, 2003                                 s/Mary Brown
Date                                                         Mary Brown, 513.564.7520
                                                          Case Manager to Judge Beckwith