IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **RICHARD A. PARKS,** | CASE NO. C1-00-494 |
| **Plaintiff,** | JUDGE BECKWITH |
| vs. | MAGISTRATE JUDGE HOGAN |
| **WARREN CORRECTIONAL INSTITUTION,** *et al.*, | |
| **Defendants.** | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Nicole Sydney Moss will substitute as Co-Counsel for Robert L. Griffin in the above-captioned case. Anne E. Thomson will remain trial counsel. Copies of all pleadings, correspondence, or other documents that you may file with the Court should be directed to both of the undersigned.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General of Ohio


*s/ Anne E. Thomson*
ANNE E. THOMSON (0059301)
  *Trial Counsel*

*s/ Nicole S. Moss*
NICOLE S. MOSS (0062938)
  *Co-Counsel*
Assistant Attorneys General
Employment Law Section
150 E. Gay Street, 22nd Floor
Columbus, Ohio 43215-3167
(614) 644-7257 phone
(614) 752-4677 fax

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing *Notice of Substitution of Counsel* was electronically served upon Marc D. Mezibov, SIRKIN, PINALES, MEZIBOV & SCHWARTZ. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Anne E. Thomson*
ANNE E. THOMSON

/s *Nicole S. Moss*
NICOLE S. MOSS
Assistant Attorneys General