UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard A. Parks,
    Plaintiff

v.                              Case No. 1:00-cv-494

Anthony Brigano,
    Defendant

**ORDER**

        The Court having been advised by the parties that the within action has been settled;

        It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: January 30, 2004                    s/Sandra S. Beckwith
                                                      Sandra S. Beckwith
                                                      United States District Judge